|  |  |
|---|---|
| ABDEO et al | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s) |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 07-4965 (JLL) (CCC) |
| BOROUGH OF SOUTH PLAINFIELD POLICE DEPARTMENT et al | ORDER ON ORAL MOTION SCHEDULING CONFERENCE |
| Defendant(s) |  |

The above entitled case has been assigned to me for case management.

**THIS MATTER** having been brought before the Court for a scheduling conference on December 3, 2009; and for good cause shown:

**IT IS on this 4th day of December, 2009**

**ORDERED THAT** there shall be a telephone status/settlement conference before the Undersigned on **July 14, 2010 at 11:30 a.m.** Plaintiff shall initiate the telephone call. By **July 7, 2010**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File